[No. 69853-2-I.   Division One.   April 21, 2014.]

THE STATE OF WASHINGTON, *Appellant*, v. ALEX ROBERT BUCKINGHAM, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-00377-1, Thomas J. Wynne, J., entered January 18, 2013. *Reversed* and *remanded* by unpublished opinion per Spearman, C.J., concurred in by Schindler and Dwyer, JJ.

[Nos. 69906-7-I; 69907-5-I.   Division One.   April 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY LOUIS GARROTT, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 03-1-08069-8, Kimberley Prochnau, J., entered February 1, 2013. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Leach, J.

[No. 69913-0-I.   Division One.   April 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN SANDOZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-05007-1, Beth M. Andrus, J., entered February 1, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Leach and Verellen, JJ.

[No. 69922-9-I.   Division One.   April 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. STACY DOCKINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-10660-4, LeRoy McCullough, J., entered January 11, 2013. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Leach, J.